## CRIMINAL CAUSE FOR STATUS CONF / HEARING: _____

BEFORE JUDGE FEUERSTEIN          November 27, 2007 TIME: 10:35 AM - 10:45 AM
CR- 07-700

DEFT NAME: **Burudi Faison** _____ # _____ \
X present   __ not present    X cust.        __ bail

DEFENSE COUNSEL: **Elizabeth Macedonia** _____
X present   __ not present    X CJA    RET. __   LAS __

A.U.S.A.: **Charles Kelly** _____          CLERK: Mary Ryan

COURT REPORTER: Harry Rapaport _____          OTHER: __
INT: (LANG.- __ ) _____

- X   CASE CALLED.   X   DEFT APPEARS WITH COUNSEL.
- __  DEFT APPEARS WITHOUT COUNSEL.
- __  COUNSEL PRESENT WITHOUT DEFT.
- __  STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
- __  JURY SELECTION SET FOR _____
    __ BEFORE J. FEUERSTEIN__ PARTIES CONSENT TO MAGISTRATE.
- __  TRIAL SCHEDULED FOR _____.

- __  **SPEEDY TRIAL** INFO FOR DEFT_____ STILL IN EFFECT     CODE
TYPE__   START _____   STOP _____                        with consent of the
   __ In the interest of justice as stated on the record, and
parties.

- __  STATUS CONF/HRG CONT'D TO_____.
- __  FURTHER STATUS CONF/HRG SET FOR_____.

DEFT__ SWORN   __ ARRAIGNED   __ INFORMED OF RIGHTS
    __ WAIVES TRIAL BEFORE DISTRICT COURT

OTHER: Defendant informed the court that he intends to proceed Pro Se. Defendant to proceed Pro Se. Ms. Macedonia to continue for advisory purposes. Jury selection and trial to proceed as scheduled on December 17, 2007.