FILED
DEC 17 2007

RPD:CPK
F.#2007R01410

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

BURUDI FAISON,

             Defendant.

- - - - - - - - - - - - - - - -X

PRIOR FELONY INFORMATION

Cr. No. 07-700 (SJF)
(T. 21, U.S.C.,
§ 851(a)(1))

THE UNITED STATES ATTORNEY CHARGES:

On or about February 14, 1999, the defendant BURUDI FAISON was convicted in the United States District Court for the District of Columbia of a drug offense, to wit: Using and Carrying a Firearm During Drug Trafficking, a Class A Felony, in violation of Title 18, United States Code, Section 924(c), and sentenced to a term of sixty months' incarceration.

This information is filed with the Court and served on the defendant pursuant to Title 21, United States Code, Section 851(a)(1) as notice of the prior conviction to be relied upon for increased punishment under Title 21, United States Code, Sections 841(b)(1)(B).

(Title 21, United States Code, Section 851(a)(1))

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK