United States District Court
Eastern District of New York
United States of America
    v.
    Burudi Faison                      CR 07-700
        defendant

## Defendants Request for Instructions to Jury

Pursuant to Federal Rules of Criminal Procedure Rule 30(a)(b)(c)(d).

The defendant request that this court inform the jury of the law specified herein, that copies of these laws be permitted looked over during deliberations, and that any other instructions that may be necessary throughout the proceedings.

(A) The definition of a conspiracy as accepted by the 2nd cir courts and the definition of attempt as accepted by the 2nd cir courts.

(1) The essence of conspiracy is the agreement to commit an illegal act, and the agreement must be between at least two persons

(2) Attempt to commit a crime comes when a person had the intent to commit the crime and engaged in conduct amounting to a substantial step towards

the commision of the crime. A substantial step must be more than mere preparation

(B) A defendant cannot conspire with a confidential informant conviction not possible

(C) Even if a defendant seeks a supplier, attempts to contact supplier, meet supplier, and agree with supplier on price, terms of payment and date and time of proposed delivery time though displaying intent is insufficient in absence of overt act

(D) If defendants plan to possess an illegal substance had only advanced to the stage of meeting with puported suppliers to work out terms of the deal, evidence of a verbal agreement alone without more is insufficient as a matter of law to support a conviction of attempt

(F) To find a person participated in a conspiracy the government must show some element of cooperation beyond mere knowledge

(G) single acts without more are insufficient to link a defendant to a conspiracy

(H) To find that an accused participated in a conspiracy the government must show some evidence of conspirators knowingly and

voluntarily joining or participated in the conspiracy.

The defendant ask this court to submit these instructions to the jury.

*Buridi Faison*
Buridi Faison