UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,

        -v-                       07 CR 0700 (SJF)

BURUDI FAISON,

        Defendant.
- - - - - - - - - - - - - - - - -X

## SPECIAL VERDICT FORM

We, the jury, unanimously find by a preponderance of the evidence that at least **$46,258.00** was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense for which defendant has been found guilty or is derived from, or was obtained, directly or indirectly, as a result of the narcotics activities and/or facilitated those crimes charged in Counts One and Two for which the Defendant BURUDI FAISON has been found guilty.

    YES ✓               NO _____

If you answered "No" above, fill in the statement below with the amount you find.

We, the jury, unanimously find by a preponderance of the evidence that $_____, was derived from, or was obtained, directly or indirectly, as a result of the narcotics activities and/or facilitated those crimes charged in Counts One and Two for which the Defendant BURUDI FAISON has been found guilty.

Foreperson _____

Date: 12/20/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,

           -v-                          07 CR 0700   (SJF)

BURUDI FAISON,

           Defendant.
- - - - - - - - - - - - - - -X

## UNITED STATES' PROPOSED SPECIAL VERDICT FORM

The special verdict form lists the property which the government asserts constitutes or is derived from proceeds and/or facilitating property of the narcotics violations for which you have convicted the defendants. You may answer by simply putting an "X" or check mark in the space provided next to the words "YES" or "NO". If you answer "NO," there is a follow-up question you must answer. The foreperson must then sign and date the special verdict form.

Dated:    Central Islip, New York
            December 18, 2007

                                      Respectfully Submitted,

                                      BENTON J. CAMPBELL
                                      United States Attorney
                                      Eastern District of New York
                                      610 Federal Plaza, 5th Floor
                                      Central Islip, New York 11722

Charles P. Kelly
Assistant U.S. Attorney
      (Of Counsel)