DIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

USA

-V-

BURIDI FAISON

ORDER OF SUSTENANCE,
LODGING, OR TRANSPORTATION

CASE # CR 07-700 (SJF)

-------------------------------------------------

**SANDRA J. FEUERSTEIN, DISTRICT JUDGE:**

It is hereby ORDERED that the Clerk of the Court supply proper:

( ) SUSTENANCE

( ) LODGING

( X ) TRANSPORTATION

To the ( 1 ) juror empaneled in the above entitled case.

( ) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED


( ) BREAKFAST

( ) LUNCH

( ) DINNER

( ) OTHER: _____

DATED: CENTRAL ISLIP, NY
December 17, 2007

SANDRA J. FEUERSTEIN, U.S.D.J.

A TRUE COPY ATTEST

Dated: 1/23/04
ROBERT C. HEINEMANN, CLERK
By: _____
Deputy Clerk